**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Javo Beverage Company, Inc. | : | Case No. 11-10212 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| -------------------------------- | | |

        Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.      **Janice H. Baker**, 3 Lochmoor Lane, Newport Beach CA 92260, Phone: 949-760-8125, Fax: 949-644-1608

2.      **Roger Levander,** 1452 Foxtrotter Road, Norco CA 92860, Phone: 949-433-1009, Fax: 951-479-5526

3.      **Mitsui Foods, Inc.**, Attn: Mark S. Sims, 35 Maple Street, Norwood NJ 07648, Phone: 201-750-2904, Fax: 201-750-0152

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ David M. Klauder for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: February 4, 2011

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert J. Dehney, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989