# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JAVO BEVERAGE COMPANY, INC., | Case No. 11-10212 (BLS) |
| Debtor.[1] | |

## JAVO BEVERAGE COMPANY, INC.
## LIST OF COMMON STOCKHOLDERS AS OF JANUARY 24, 2011

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Cede & Co<br>PO Box 222<br>New York, NY 10274 | 147,084,141 |
| Coffee Holdings LLC<br>450 Park Avenue, 3rd Floor<br>New York, NY 10022 | 69,649,975 |
| William C. Baker, Deceased<br>3 Lochmar Lane<br>Newport Beach, CA 92660 | 16,975,000 |
| Cody C. Ashwell<br>3525 Del Mar Heights Road, #413<br>San Diego, CA 92130 | 11,187,027 |
| Terry Hackett & Jana Hackett<br>Co-Ttees of the Hackett Family Trust Dtd 7 27 97<br>3 Royal St. George<br>Newport Beach, CA 92660 | 2,850,000 |
| Allen Jaffy<br>Ttee of the Jaffy Living Trust Dtd Sept. 1983<br>30 Burning Tree Road<br>Newport Beach, CA 92660 | 2,800,000 |
| Roger L. Levander & Maxine J. Levander Jtten<br>1452 Foxtrotter Road<br>Norco, CA 92860 | 2,500,000 |

---

[1]   The last four digits of the Debtor's federal tax identification number are 4292.  The Debtor's mailing address and corporate headquarters is 1311 Specialty Drive, Vista, California 92081.

\*   Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| ML Asset Management, Inc.<br>c/o Mark Barker<br>3535 E. Coast Highway #224<br>Corona Del Mar, CA 92625 | 2,500,000 |
| William Marshall<br>13526 Kibbings Road<br>San Diego, CA 92130 | 2,222,602 |
| Curci Investments, LLC<br>717 Lido Park Drive<br>Newport Beach, CA 92663 | 2,000,000 |
| Don L. Robertson Ttee and/or Mary K. Robertson Ttee The Robertson Family<br>1221 W. Coast Highway, Apt 510<br>Newport Beach, CA 92663 | 2,000,000 |
| Catherine Suzanne Baker<br>3 Lochmoor Lane<br>Newport Beach, CA 92660 | 1,500,000 |
| The Walter Eeds & Priscilla Eeds Revocable Trust Established 8-17-92<br>341 Bayside Drive #7<br>Newport Beach, CA 92660 | 1,500,000 |
| Ronald R. Mostero & Teri M. Mostero<br>Ttees Mostero Family Rev Trust Dtd 12 19 97<br>505 Chiswick Road<br>Palos Verdes, CA 90274 | 1,500,000 |
| Jerry W. Carlton<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, CA 92660 | 1,350,000 |
| Steve & Sissi Cruse<br>Ttees of The Cruse Trust May 7, 1999<br>37 Burning Tree Road<br>Newport Beach, CA 92660 | 1,250,000 |
| Richard Gartrell<br>4533 MacArthur Boulevard, #341<br>Newport Beach, CA 92660 | 1,222,605 |
| M.F. Salta<br>75-203 Pepperwood Drive<br>Indian Wells, CA 92210 | 1,100,000 |
| Gary Lillian<br>1311 Specialty Drive<br>Vista, CA 92081 | 1,022,603 |
| Allan R. Arthur & Nedora A. Arthur Jtten<br>Box 43<br>Mapleton, OR 87453 | 1,007,555 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Maggard Investments LLC<br>10370 Helmet Street, Suite 240<br>Riverside, CA 92503 | 1,000,000 |
| Oppenheimer & Co Cust Fbo Jerry<br>620 Newport Center Drive, Suite 100<br>Newport Beach, CA 92660 | 1,000,000 |
| Peter N. Delanoy<br>Ttee of Trust A Under The Peter N. Delanoy & Maxine Delanoy<br>70-200 Thunderbird Mesa Road<br>Rancho Mirage, CA 92270 | 1,000,000 |
| Steven C. Walton & Jennifer I. Walton Comm Prop.<br>729 Calle Laredo<br>Thousand Oaks, CA 91360 | 1,000,000 |
| Stephen F. Corey<br>8866 Cliffridge Avenue<br>La Jolla, CA 92037 | 950,334 |
| Larry L. Hansen<br>128 Discovery Circle<br>Council Bluffs, IA 51503 | 825,000 |
| Richard B. Specter & Jill O. Specter<br>Ttees of The Specter Family Trust Dtd 5/17/06<br>2 Serenity<br>Newport Coast, CA 92657 | 825,000 |
| Gary A. Lillian & Anna E. Warpe-Lillian Trustees Lillian Family Trust 1 57<br>1311 Specialty Drive<br>Vista, CA 92081 | 750,000 |
| Ronald S. Beard & Karin G. Paridee-Beard<br>Co-Ttees of The Ronald & Karin Beard<br>27442 Hidden Trail Road<br>Laguna Hills, CA 92653 | 650,000 |
| Niagara International Capital Ltd<br>8940 Main Street<br>Clarence, NY 14031 | 606,250 |
| Ronald A. Bradshaw & Joette S. Bradshaw Jtten<br>5 Pinehurst Lane<br>Newport Beach, CA 92660 | 600,000 |
| J M Finn Nominees Limited<br>J.M. Finn & Co.<br>Salisbury House, London Wall<br>London, EC2M 5TA | 600,000 |
| Charles M. Johnson & Katrin B. Johnson<br>Co-Ttees of The Johnson Trust 1999<br>4770 Von Karman Avenue<br>Newport Beach, CA 92660 | 600,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Karl Singer<br>7 Abbotsford Court<br>Dallas, TX 75225 | 600,000 |
| Stanley A. Solomon<br>16 Mono Bay Drive<br>Corona Del Mar, CA 92625 | 600,000 |
| Hagop & Taline Kofdarali Children's Property Trust Under Trust Agreement<br>224 S. Joy Street<br>Corona, CA 92879 | 500,000 |
| John L. Curci, Trustee Est 12/22/93<br>717 Lido Park Drive<br>Newport Beach, CA 92663 | 500,000 |
| Johnson Family Trust of 1999<br>20291 Southwest Cypress Street<br>Newport Beach, CA 92660 | 500,000 |
| Whittier Ventures LLC<br>100 West Liberty Street, Suite 890<br>Reno, NV 89501 | 500,000 |
| Robert C. Mortimer & Jean M. Mortimer Living Trust Dtd April 14 2001<br>811 El Medio<br>Pacific Palisades, CA 90272 | 500,000 |
| Donald P. Pakosh<br>37-818 Emerson Drive<br>Palm Desert, CA 92211 | 500,000 |
| Thomas Thale<br>Ttee Ua Dtd 11-8-2005 McKinney Trust Fbo Austin McKinney<br>2445 5th Avenue, Suite 402<br>San Diego, CA 92101 | 500,000 |
| Henry F. Weeks & Kim A. Weeks<br>Ttees of The Weeks Liv Tr Dtd 10/10/1996<br>1400 Quail Street, Suite 105<br>Newport Beach, CA 92660 | 500,000 |
| Wells Fargo Bank Sep C/F Barton John Beasley<br>625 Marquette Avenue South, 13th Floor<br>Minneapolis, MN 55402 | 500,000 |
| Scoggin Capital Mgmt Lp II<br>Scoggin LLC<br>660 Madison Avenue, 20th Floor<br>New York, NY  10021 | 445,970 |
| Lisa Hudson<br>126 Allyn Avenue<br>San Anselmo, CA 94960 | 438,750 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Scoggin Intl Fund Ltd<br>Scoggin LLC<br>660 Madison Avenue, 20th Floor<br>New York, NY 10021 | 430,930 |
| Anthony D'onofrio<br>11 Whitman<br>Teaneck, NJ 07666 | 375,000 |
| Greg Sackos<br>1425 Campbell Street<br>Baker City, OR 97814 | 375,000 |
| Arman L. Mouhibian Trust Dtd 3-12-2003<br>10520 Isadora Lane<br>Los Angeles, CA 90077 | 300,000 |
| Stanley Asolomon Defined Benefit Pension Plan<br>359 San Miguel Drive, Suite 20<br>Newport Beach, CA 92660 | 300,000 |
| Ronald S. Beard<br>27442 Hidden Trail Roast<br>Laguna Hills, CA 92653 | 300,000 |
| Hannah R. Bower<br>69 Anglebury House Talbot Road<br>London, W2 5LE<br>United Kingdom | 300,000 |
| Paul Keohane & Patricia Keohane Jtten<br>3720 Ocean Boulevard<br>Corona Del Mar, CA 92625 | 300,000 |
| David Shreiner<br>326 Melrose Avenue<br>Encinitas, CA 92024 | 300,000 |
| Gretta Sladen<br>62 W. Neal Street<br>Pleasanton, CA 94566 | 300,000 |
| Andrew Trower<br>Pachesham Manor<br>Pachesham Park<br>Leatherhead, Surrey, KT220DJ<br>United Kingdom | 300,000 |
| Catherine Carroll<br>350 Sandhill, #103<br>Mesquite, NV 89027 | 250,000 |
| Larry Carroll<br>350 Sandhill, #103<br>Mesquite, NV 89027 | 250,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Lucinda M. McDermott Trust Udt Dtd January 14, 2000<br>603 Vista Bonita<br>Newport Beach, CA  92660 | 250,000 |
| T. Derrick Mercurio Trust U/O/T December 7, 2000<br>502 Avenida Lucia<br>Newport Beach, CA 92660 | 250,000 |
| Stephen Wagner<br>Ttee Stephen Wagner Asp Retirement Trust<br>3 Salinger Court<br>Coto de Caza, CA 92679 | 250,000 |
| Verity Trower Grandchildren Trust<br>Pachesham Manor<br>Pachesham Park<br>Leatherhead, Surrey, KT220DJ<br>United Kingdom | 225,000 |
| Jan Jenewein<br>6825 Calmbank Avenue<br>La Verne, CA 91750 | 200,000 |
| Joseph Kaufman<br>386 Meadow Lane<br>Palatine, IL 60067 | 200,000 |
| Preston Hatch<br>12781 Dumont Street<br>Garden Grove, CA 92845 | 170,000 |
| David D. Miller<br>Ttee of Alison Ann Miller Trust 10-30-87<br>3625 Del Amo Boulevard, Suite 130<br>Torrance, CA 90503 | 150,000 |
| Rhett D. Bentley<br>3924 Miramar Avenue<br>Dallas, TX 75252 | 150,000 |
| Daniel V Inc.<br>9505 Hillwood Drive, Suite 100<br>Las Vegas, NV 89134 | 150,000 |
| David D. Miller<br>Ttee of Deidra Ellen Miller Trust Miller Trust 10-30-87<br>3625 Del Amo Boulevard, Suite 130<br>Torrance, CA 90503 | 150,000 |
| Nancy F. Bear<br>Trustee of the Nancy Foster Bear Separate Property Trust<br>709 North Bay Front<br>Balboa Island<br>Los Angeles, CA  92662 | 150,000 |

\*   Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Stanley Greanias<br>154 Annalisa Court<br>Bloomingdale, IL 60108 | 150,000 |
| Terry C. Hackett<br>3 Upper Newport Plaza Drive<br>Newport Beach, CA 92660 | 150,000 |
| A. Corey Hansen<br>100 Bayview Circle, Suite 200<br>Newport Beach, CA 92660 | 150,000 |
| Mervyn Hergott & Barbara Hergott Jtten<br>39 Stonemark Drive<br>Henderson, NV 89052 | 150,000 |
| John M. Nisley<br>Ttee of The John M. Nisley Trust Dtd June 17, 2008<br>867 Washington Street<br>El Segundo, CA 90245 | 150,000 |
| Monte A. Leen<br>78691 Talking Rock Turn<br>La Quinta, CA 92253 | 150,000 |
| David D. Miller<br>Ttee of Marisa Lynn Miller Trust 10-30-87<br>3625 Del Amo Boulevard, Suite 130<br>Torrance, CA 90503 | 150,000 |
| Dennis A. Miller<br>Ttee of Dennis A. Miller Living Trust 9-27-91<br>3625 Del Amo Boulevard, Suite 130<br>Torrance, CA 90503 | 150,000 |
| Thomas E. Miller & Robyn D. Miller<br>Ttees of The Miller Family Tr 4-24-02<br>3625 Del Amo Boulevard, Suite 130<br>Torrance, CA 90503 | 150,000 |
| Quilling Family Trust<br>Attn Larry J. Quilling<br>52130 Citation Court<br>La Quinta, CA 92253 | 150,000 |
| Elizabeth Essary Savage<br>9308 Guernsey Lane<br>Dallas, TX 75220 | 150,000 |
| John D. Stanek<br>160 Newport Center Drive<br>Newport Beach, CA 92660 | 150,000 |
| Hank F. Weeks<br>2505 Altamar Drive<br>Laguna Beach, CA 92651 | 150,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Ann Quentin White<br>9308 Guernsey Lane<br>Dallas, TX 75220 | 150,000 |
| Mark Barker<br>3535 E. Coast Highway, #224<br>Corona Del Mar, CA 92625 | 125,000 |
| Peter Hitch<br>31 Bridgeport Road<br>Newport Coast, CA 92657 | 125,000 |
| Robert A. Finkelstein & Evelyn Finkelstein Jtten<br>8573 Olympic Boulevard<br>Los Angeles, CA 90035 | 120,000 |
| Alan Lee Massengale<br>3060 Motor Avenue<br>Los Angeles, CA 90064 | 108,500 |
| Anahid Aprahamian Trust Fbo Anahid Arprahamian Living Tst Ua 7-7-93<br>1826 N. Van Ness Avenue<br>Los Angeles, CA 90028 | 100,000 |
| Mary Lou Bahannon<br>4732 Calle De Grande<br>Laverne, CA 91750 | 100,000 |
| John Sackos<br>1425 Campbell Street<br>Baker City, OR 97814 | 100,000 |
| Heather Williams<br>36 Abdobon Drive<br>Snyder, NY 14226 | 100,000 |
| Mary Lou Bohannon | 87,000 |
| Shirl Hill<br>9259 E. Topeka Drive<br>Scottsdale, AZ 85255 | 80,000 |
| Joe Alcantar<br>6222 Vanderbilt Avenue<br>Dallas, TX 75214 | 75,000 |
| Katherine Carter<br>506 Pelton Avenue<br>Santa Cruz, CA 95060 | 75,000 |
| Coastwide Corporation Defined Benefit Pension Plan<br>1575 Spinnaker Drive, #205<br>Ventura, CA 93001 | 75,000 |
| James J. Crossland<br>3101 Country Club Drive<br>Glendale, CA 91208 | 75,000 |

\*   Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Deborah L. Hamacher<br>Ttee The Deborah L. Ronan Rev Living Trust Dtd 11-26-97<br>13854 Aberdeen Street<br>Leawood, KS 66224 | 75,000 |
| Deborah L. Delanoy<br>70-200 Thunderbird Mesa Road<br>Rancho Mirage, CA 92270 | 75,000 |
| Katherine A. P. Guerrero & Anthony K. Guerrero Jtten<br>3151 Francis Street<br>Honolulu, HI 96815 | 75,000 |
| Robert W. Holmes<br>4443 Westway Avenue<br>Dallas, TX 75205 | 75,000 |
| Lisa Hudson C/F Shayne Rebbetoy & Brendan Rebbetoy<br>126 Allyn Avenue<br>San Anselmo, CA 94960 | 75,000 |
| Luigi A. Losorelli & Nin Losorelli Jtten<br>248 Windwood Lane<br>Sierra Madre, CA 91024 | 75,000 |
| Luigi A. Losorelli<br>248 Windwood Lane<br>Sierra Madre, CA 91024 | 75,000 |
| Nelson Pires<br>2768 Casey Street<br>San Diego, CA 92139 | 75,000 |
| Raymond James & Assoc Inc<br>C/F Fbo Jeffrey J. McMahon Ita #74258455<br>880 Carillon Parkway<br>St. Petersburg, FL 33716 | 75,000 |
| Luba Ognianova Tomalevska & Vladimir B. Tomalevska Jtten<br>1514 17th Street, Suite 207<br>Santa Monica, CA 90404 | 75,000 |
| Belstar Marketing, Inc.<br>1311 Specialty Drive<br>Vista, CA 92081 | 70,000 |
| Thomas N. McGaffey<br>4732 Myerwood<br>Dallas, TX 75244 | 61,250 |
| Tom Reed<br>22135 Roscoe Boulevard, Suite 100<br>West Hills, CA 91304 | 60,000 |
| Dan Calo<br>10661 Tammy Street<br>Cypress, CA 90630 | 58,500 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Paul Hendison<br>1311 Specialty Drive<br>Vista, CA 92081 | 50,000 |
| Jsm Media International, Inc.<br>c/o Akinobu Yorihiro Bingham<br>Los Angeles, CA 90071 | 50,000 |
| Ria C. Kofoed & Bart Thomas Kofoed Jtwros<br>10161 Foxhall Drive<br>Charlotte, NC 28210 | 50,000 |
| Malia McCoy<br>PO Box M<br>Union, OR 97883 | 50,000 |
| Gustin Sackos<br>1425 Campbell Street<br>Baker City, OR 97814 | 50,000 |
| Vladimir & Luba Tomalevski Trust Dtd 9-20-2000<br>1514 17th Street, #201<br>Santa Monica, CA 90404 | 50,000 |
| David J. Egan<br>c/o Equisearch<br>555 Taxter Road, Suite 201<br>Elmsford, NY 10523 | 44,200 |
| Stephen C. Ibarguen<br>5515 Cedar Creek Lane<br>Dallas, TX 75252 | 43,000 |
| Suzan L. Warno Moore<br>4 Cottonwood<br>Newport Coast, CA 92657 | 42,500 |
| Carol Engh<br>N 7921 Union Street<br>Ripon, WI 54971 | 40,341 |
| Ty Considine<br>4440 Mermosa Way<br>San Diego, CA 92103 | 40,000 |
| Alfred Talley Jr<br>3035 Rustic Manor Circle<br>Reno, NV 89509 | 40,000 |
| Michael Engh Tr 12-23-02 Steven Engh Trust<br>N 7921 Union Street<br>Ripon, WI 54971 | 30,953 |
| Robert Lytle<br>529 13th Street<br>Manhattan Beach, CA 90266 | 30,953 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Judy Rielly<br>c/o Thomas Rielly<br>160 Newport Center Drive, Suite 240<br>Newport Beach, CA 92660 | 30,000 |
| S.M. Franck Trust | 30,000 |
| Leslie Scott Messenger Her Sole and Separate Property<br>51 Cape Andover<br>Newport Beach, CA 92660 | 30,000 |
| Dixie Souleles<br>2257 Elden Avenue<br>Costa Mesa, CA 92627 | 30,000 |
| Patricia Garshak<br>1436 Estrella Street<br>San Juan, PR 907 | 28,000 |
| Roland Anderson<br>1311 Specialty Drive<br>Vista, CA 92081 | 25,000 |
| Bradley Petersmeyer<br>402 Franciscan Way<br>Oceanside, CA 92057 | 25,000 |
| Robert Roghair<br>6346 Choctaw Place<br>Rancho Cucamonga, CA 91739 | 25,000 |
| Julie Smith<br>1426 Campbell Street<br>Baker City, OR 97815 | 25,000 |
| Steven Weston | 25,000 |
| Jon I. Jacobs<br>1317 N. Sweeter Avenue, Apt. 6<br>West Hollywood, CA 90069 | 24,500 |
| Michael Engh<br>N 7921 Union Street<br>Ripon, WI 54971 | 23,674 |
| Donnie Hansen<br>1801 S. 12th Street<br>Council Bluffs, IA 51503 | 21,000 |
| Thomas A. Salazar<br>258 S. Olympia Way<br>Orange, CA 92869 | 20,500 |
| Kara Balderas<br>31717 Flowering Plum Court<br>Winchester, CA 92596 | 20,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Andrew Cumming<br>39455 Metz Road<br>King City, CA 93930 | 20,000 |
| Kevin Hayes<br>490 S. Broadway<br>Lindenhurst, NY 11757 | 20,000 |
| T. Jane Page<br>3692 Rinker Road<br>Mooresville, IN 46158 | 20,000 |
| Andrey Yarbrough<br>1311 Specialty Drive<br>Vista, CA 92081 | 20,000 |
| Ray Thompson & Carol Thompson Jtten<br>11505 Highway 62 W<br>Imboden, AR 72434 | 17,647 |
| Michael Engh<br>N 7921 Union Street<br>Ripon, WI 54971 | 16,667 |
| Scoggin International Fund Ltd<br>Scoggin LLC<br>660 Madison Avenue, 20th Floor<br>New York, NY 10021 | 15,040 |
| Wilbur R. Doran<br>776 Morella Road<br>Kenton, TN 38233 | 15,000 |
| Spirit Quest Ventures, Inc.<br>705 Martens Court<br>Laredo, TX 78041 | 15,000 |
| Michael Engh Tr 12-23-02 Timothy Engh Trust<br>N 7921 Union Street<br>Ripon, WI 54971 | 14,286 |
| Shelby Barker<br>4080 Hover Bear Loop<br>Round Rock, TX 78681 | 14,000 |
| Mark Alan Tennis<br>Rural Route 1<br>Sumner, IL 62466 | 14,000 |
| Grace Ling | 12,500 |
| Jerome Filisky<br>5910 Timberline Court<br>New Middletown, OH 44442 | 12,000 |
| Jess Arias<br>PO Box 222557<br>Carmel, CA 93922 | 11,799 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Barbara Altman<br>709 Valley Trail<br>Macon, GA 31204 | 10,000 |
| Wilbur R. Doran<br>776 Morella Road<br>Kenton, TN 38233 | 10,000 |
| Cole Dunlap<br>9830 Parkford<br>Dallas, TX 75238 | 10,000 |
| Donald J. Egan<br>PO Box 4678<br>Englewood, CO 80155 | 10,000 |
| James Brent Grubbs<br>312 E. Graceland Heights<br>Hagerwtown, IN 47346 | 10,000 |
| Brad Haley<br>c/o CKE Restaurants Incorporated<br>6307 Carpinteria Avenue #A<br>Carpinteria, CA  93013 | 10,000 |
| Jessica L. Hansen<br>128 Discovery Circle<br>Council Bluffs, IA 51503 | 10,000 |
| Karrie A. Hansen<br>128 Discovery Circle<br>Council Bluffs, IA 51503 | 10,000 |
| Macdonald Trust Dtd 9-18-91<br>6300 Bovey Avenue<br>Tarzana, CA 91335 | 10,000 |
| Joyce Martin-Fong<br>136-3 Nissen Road<br>Salinas, CA 93901 | 10,000 |
| Kim L. Merrill<br>8261 Hanna Avenue<br>Gilroy, CA 95020 | 10,000 |
| Tamara A. Merrill<br>8261 Hanna Avenue<br>Gilroy, CA 95020 | 10,000 |
| Ronald Seigneur & Beverly J. Seigneur Jtwros<br>16057 W. Ellsworth Lane<br>Golden, CO 80401 | 10,000 |
| Shebehr Productions, Inc.<br>13422 Bassett Street<br>Van Nuys, CA 91805 | 10,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| The Stibor Family Trust<br>9016 Thornbury Lane<br>Las Vegas, NV 89134 | 10,000 |
| Allen Tybor<br>3400 Hickory Trail<br>Downers Grove, IL 60515-0123 | 10,000 |
| Charles Winslow<br>400 E. 55th Street, Apt 9b<br>New York, NY 10022 | 10,000 |
| Ross Ewing Craig<br>Ballantyne<br>Foreign, Zz | 8,850 |
| Sandra Lei Whitman<br>18411 Vincennes Street<br>Northridge, CA 91325 | 8,263 |
| Alexandria Adley<br>4080 Hover Bear Loop<br>Round Rock, TX 78681 | 8,000 |
| Cash Barker<br>4080 Hover Bear Loop<br>Round Rock, TX 78681 | 8,000 |
| Irene Crispo<br>7105 Via Portada<br>San Jose, CA 95135-1337 | 8,000 |
| Gary Hawthorne & Jennifer Hawthorne Jtten<br>3710 Cottage Drive<br>Colorado Springs, CO 80920 | 8,000 |
| John Lutz & Rebecca Lutz Jtten<br>445 Sandy Knoll Drive<br>Coppell, TX 75019 | 8,000 |
| Donna Raphael<br>14654 Scarlet Oak Place<br>Salinas, CA 93907 | 8,000 |
| Christopher J. Dion<br>567 Oak Glen<br>Irvine, CA 92618 | 7,900 |
| Nancy Lee Nease<br>c/o Equisearch<br>Elmsford, NY 10523 | 6,500 |
| Wilma Abrahamsen<br>1910 Fairhaven Avenue Route 9<br>Bellingham, WA 98226 | 6,000 |

\*    Address unknown. Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Todd Adley<br>4080 Hover Bear Loop<br>Round Rock, TX 78681 | 6,000 |
| Alfonso Johnston & Janice Johnston Jtten<br>16570 N. Woodson Drive<br>Ramona, CA 92065 | 6,000 |
| Jacqueline Ngo<br>2027 Armour Street<br>Pomona, CA 91768 | 6,000 |
| John T. Wilson<br>821 Maggard Street<br>Iowa City, IA 52240 | 6,000 |
| The Arthur V. Adams Trust<br>3100 W. Sahara Avenue, Suite D11<br>Las Vegas, NV 89102 | 5,000 |
| Michael Blumenthal<br>9400 E. Maplewood<br>Englewood, CO 80111 | 5,000 |
| Mike Chalmers<br>Kaya Kakina 6<br>Zz | 5,000 |
| Altia Mae Conaway & Althea Marie Schlumpf Jtten<br>6625 49th Place NE<br>Marysville, WA 98270 | 5,000 |
| Thomas Davis<br>7940 Greenland Road<br>Franktown, CO 80116 | 5,000 |
| Scott Dunlop<br>5946 Corte Arboles<br>Pleasanton, CA 94566 | 5,000 |
| Manuel Figueroa & Elsa Figeroa Jtten<br>15601 Newberry Road #20<br>Newbury Park, CA 91320 | 5,000 |
| Peter Goin<br>916 E. N. Fig Street<br>Escondido, CA 92026 | 5,000 |
| William Hebert<br>12626 Roberto Way<br>Poway, CA 92064 | 5,000 |
| Leland O. Nyman<br>4319 158th Place S.E.<br>Bellevue, WA 98006 | 5,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Bradley R. Parker<br>6500 E. Berry Avenue<br>Greenwood Village, CO 80111 | 5,000 |
| Charles R. Pollock<br>830 N. Orlando Avenue<br>Los Angeles, CA 90069 | 5,000 |
| Roberta M. Sherman<br>2033 First Avenue<br>Seattle, WA 98121 | 5,000 |
| Robert Toycen<br>3700 NE 101st Street<br>Vancouver, WA 98686 | 5,000 |
| Carmen G. Vertulko<br>5877 Chaumont Drive<br>San Diego, CA 92114 | 5,000 |
| Leon Wagner<br>10015 50th Place West<br>Mukilteo, WA 98275 | 5,000 |
| Derek Writer<br>16885 W. Bernardo Drive, Suite 380<br>San Diego, CA 92127-1660 | 5,000 |
| Richard Barrett & Barbara Barrett Jtten<br>22645 Spring Lake Lane<br>Lake Forest, CA 92630 | 4,000 |
| Frank Canepa<br>PO Box 422<br>Doyle, CA 96109 | 4,000 |
| Gary Egger & Kathy Egger Jtten<br>18011 Chapel Hill Court<br>Tuolumne, CA 95379 | 4,000 |
| Hilda Ellerbe Cust Fbo Andrew Stephen Hawgood<br>2459 Morslay Road<br>Altadena, CA 91001 | 4,000 |
| Linda Millerick<br>751 Monterey Salinas Highway<br>Salinas, CA 93908 | 4,000 |
| Becky Rosa<br>9200 Marcella Avenue<br>Gilroy, CA 95020 | 4,000 |
| Thomas Rowen<br>8408 Blackstone<br>Johnston, IA 50131 | 4,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| James W. Silveria<br>1058 Cass Street<br>Monterey, CA 93940 | 4,000 |
| Daniel Roy Haro & Kim Helen Haro Jtten<br>PO Box 1406<br>Morongo Valley, CA 92256 | 3,650 |
| Gregg Fuller<br>610 Coulee Drive<br>Bozeman, MT 14221 | 3,200 |
| Tom McNeill & Patty McNeill Jtten<br>876 Garrow Road<br>Newport News, VA 23608 | 2,800 |
| David M. Blackwell & Helen B. Blackwell Jttten<br>104 Brookside Circle<br>Clinton, MS 39056 | 2,500 |
| William Mark Carter<br>1805 Chippewa Trail<br>Mesquite, TX 75149 | 2,500 |
| F. Marion Durst III<br>2325 Washington Road<br>Augusta, GA 30904 | 2,500 |
| Mike Ford<br>9798 FM 1565<br>Terrell, TX 75160 | 2,500 |
| Patricia G. Heath<br>1201 S. Fir Terrace<br>Iverness, FL 34450 | 2,500 |
| Donald D. Krueger<br>2444 Crestview Estates Place<br>Escondido, CA 92027 | 2,500 |
| Arnold C. Ligi & Arnold L. Ligi & Allan J. Ligi Jt Ten<br>156 Hudson Street<br>Jessup, PA 18434 | 2,500 |
| Grey Mare LLC<br>2682 Auralie<br>Escondido, CA 92028 | 2,500 |
| Irving Rosen Cust Ashley Rosen Utma Ca<br>320 N. Riley Court<br>Placentia, CA 92870 | 2,500 |
| Roger M. Sutton<br>2014 Stillwater Drive<br>Mesquite, TX 75181 | 2,500 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Julie Hewins<br>1868 Sutter Road, Apt 6<br>McKinleyville, CA 95519 | 2,400 |
| Douglas B. Johnson<br>3239 Fairview Drive<br>Billing, MT 59102 | 2,300 |
| Jack Kopp<br>1785 Old Creek Trail<br>Birmingham, AL 35216 | 2,300 |
| Lee Burns<br>1721 Wagar Road<br>Rocky River, OH 44116 | 2,100 |
| Virginia L. Alarva<br>29272 Chance Street<br>Hayward, CA 94554 | 2,000 |
| Max R. Banner DDS<br>10148 Blue Larkspur<br>Monterey, CA 91940 | 2,000 |
| Robert Barrios<br>1814 Abolana Drive<br>El Cajon, CA 92110 | 2,000 |
| Dave Campau & Jennifer Campau Jtten<br>5120 Sherman Avenue<br>Bakersfield, CA 93309 | 2,000 |
| Charlie Cancilla<br>15546 Saranac Drive<br>Whittier, CA 90604 | 2,000 |
| Scott A. Deitler<br>2724 Irma Lake Drive<br>West Palm Beach, FL 33411 | 2,000 |
| Steve Favelli<br>1256 Old Smoke Road<br>Highland Park, IL 60035 | 2,000 |
| Wendell L. Garrett<br>c/o Ron Garrett<br>25551 La Mirada St.<br>Laguna Hills, CA 92653 | 2,000 |
| Dale E. Griffith<br>1187 Griffith Court<br>Estes Park, CO 80517 | 2,000 |
| Norita Griffith<br>8080 Canton Drive<br>Lemon Grove, CA 91945 | 2,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| **NAME/LAST KNOWN ADDRESS** | **SHARES HELD** |
|---|---|
| Marcia Herington<br>3213 Elderberry Lane<br>Springfield, IL 62711 | 2,000 |
| Silas S. Hopkins<br>732 Rocky Hill Road<br>Blackstone, VA 23824 | 2,000 |
| Grayson Justice & Lula Justice Jtwros<br>2231 N. Lavergne Avenue<br>Chicago, IL 60639 | 2,000 |
| Jim P. Lee<br>5002 Blackhorse Road<br>Rancho Palos Verdes, CA 90275 | 2,000 |
| Janet Lopez<br>4080 Hover Bear Loop<br>Round Rock, TX 78681 | 2,000 |
| Sergio Lopez Jr.<br>4080 Hover Bear Loop<br>Round Rock, TX 78681 | 2,000 |
| Ronald U. Muse<br>5221 Bent Grass Drive<br>Haymarket, VA 20169 | 2,000 |
| John F. Pesso<br>2921 N. 15th Street<br>Grand Junction, CO 81506 | 2,000 |
| George Raphael & Raphael Jtten<br>14654 Scarlet Oak Place<br>Salinas, CA 93907 | 2,000 |
| Ronald Raphael & Dixiee Raphael Jtten<br>44 Gosford Court<br>San Jose, CA 95139 | 2,000 |
| Marcianena Sessions<br>PO Box 130<br>Miwuk Village, CA 95346 | 2,000 |
| Eugene R. Spencer<br>1813 Fairwar Drive Box 45<br>Arnold, CA 95223 | 2,000 |
| Milford Sterry & Janelle Sterry Jtten<br>7421 Brentfield<br>Dallas, TX 75248 | 2,000 |
| Anchalee Sukolchairerngrithi<br>14629 Parthenia Street<br>Panorama City, CA 91402 | 2,000 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Rick A. White<br>27072 Via Mencia<br>Laguna Nigel, CA 92677 | 2,000 |
| Stephanie Williams<br>1630 Harding Street<br>Seaside, CA 93955 | 2,000 |
| Arthur Cameron<br>3201 Edgemont Boulevard<br>Canada, Zz | 1,600 |
| Cambria LLC<br>213 Shoreline Drive<br>Neguanee, MI 49866 | 1,300 |
| Betty Jungheim<br>70070 Frank Sinatra Drive 14<br>Rancho Mirage, CA 92270-2538 | 1,260 |
| Dale Haase<br>214 W. Eagle Lake Drive<br>Maple Grove, MN 55369 | 1,200 |
| James H. Webb Jr. & Carolee Webb Jt Ten<br>1087 Magnolia Lane<br>Wauchula, FL 33873 | 1,100 |
| Ronald Bensinger<br>7940 University Avenue 25<br>La Mesa, CA 91941 | 1,000 |
| William S. Hartman & Christine H. Hartman Jt Ten<br>5 Spring Drive<br>Cranberry Township, PA 16066 | 1,000 |
| Donald S. Rimby<br>11040 Califa<br>N. Hollywood, CA 91601 | 1,000 |
| Sonneborn Joint Living Trust<br>John G. Sonneborn Jr. & Barbara Tr 9/22/07<br>PO Box 1115<br>Helendale, CA 92342 | 833 |
| Elaine Holland<br>11810 Mayfield Avenue 10<br>Los Angeles, CA 90056 | 500 |
| Anna Tzenkova & Cyrial Foiret Jt Ten<br>1742 Ravello Drive<br>Pacific Palisades, CA 90272 | 500 |
| Ina West<br>722 Steiner Street<br>San Francisco, CA 94117 | 240 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| Paul Wise<br>2020 Harriman Lane A<br>Redondo Beach, CA 90278 | 200 |
| Bonnie Milner<br>104 Old Farm Road<br>Riverhead, NY 11901 | 170 |
| Brandon Blom<br>14437 Maplewood<br>Poway, CA 92064 | 100 |
| Ed J. Kurowski & Karen Durowski Jtten<br>PO Box 2009<br>Buena Vista, CO 81211 | 90 |
| Lawrence Falater & Delphine Falater Jtten<br>PO Box 81<br>Allen, MI 49227 | 20 |
| Lorrie A. Gartrell<br>13831 Typee Way<br>Irvine, CA 92620 | 2 |
| Ian Smith[*] | 4 |
| Andy Anderson[*] | 2 |
| Jodi Anderson[*] | 2 |
| Charles Baker[*] | 2 |
| Katherine Baker[*] | 2 |
| William Barham[*] | 2 |
| Debbie Beacham[*] | 2 |
| Frank Beacham[*] | 2 |
| Lois Beacham[*] | 2 |
| Anne Bradburn[*] | 2 |
| Donald Bradburn[*] | 2 |
| James Bradburn[*] | 2 |
| Jill Bradburn[*] | 2 |
| Andrew Broderson[*] | 2 |
| Patricia Burke[*] | 2 |
| Quentin Burke[*] | 2 |
| Alyse Byerly[*] | 2 |
| Bruce Byerly[*] | 2 |
| Doris Byerly[*] | 2 |
| James Byerly[*] | 2 |
| James Byerly[*] | 2 |
| James Byerly[*] | 2 |
| Jennie Byerly[*] | 2 |
| Tom Byerly[*] | 2 |
| Lisa Cervantes[*] | 2 |

*    Address unknown.  Stock Certificates are being held by the Company.

759842.01/SD                                      -21-

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
|---|---|
| David Corey[*] | 2 |
| Fred Corey[*] | 2 |
| Lisa Corey[*] | 2 |
| Norma Corey[*] | 2 |
| Richard Corey[*] | 2 |
| Wanda Corey[*] | 2 |
| William Corey[*] | 2 |
| Becky Coury[*] | 2 |
| Tim Coury[*] | 2 |
| Arlene Craig[*] | 2 |
| Dan Davis[*] | 2 |
| Charles Dupont Jr.[*] | 2 |
| David Ewton[*] | 2 |
| Anne Fiato[*] | 2 |
| John Fiato[*] | 2 |
| Thomas Funkle[*] | 2 |
| Alvaro Garnero[*] | 2 |
| Mary Garnero[*] | 2 |
| Lisa M Garthwaite[*] | 2 |
| Robert Gartrell[*] | 2 |
| Rodney Gartrell[*] | 2 |
| Ronald Gartrell[*] | 2 |
| Ruth A Gartrell[*] | 2 |
| John Gilman[*] | 2 |
| Joan Hoffman[*] | 2 |
| Jory Jaramillo[*] | 2 |
| Christopher Joannou[*] | 2 |
| Dina Joannou[*] | 2 |
| George Joannou[*] | 2 |
| Jason Joannou[*] | 2 |
| Christina Kovarik[*] | 2 |
| Steve Kovarik[*] | 2 |
| Randy Magnuson[*] | 2 |
| Stuart Marble[*] | 2 |
| Joel Mayne[*] | 2 |
| Reed Mayne[*] | 2 |
| Carol Mcmanus[*] | 2 |
| William Mcmanus[*] | 2 |
| Bryant Mendleson[*] | 2 |
| Elliott Molina[*] | 2 |
| Thomas K Motlow[*] | 2 |
| Michelle Myrick[*] | 2 |
| Barbara Partain[*] | 2 |

\*    Address unknown.  Stock Certificates are being held by the Company.

| NAME/LAST KNOWN ADDRESS | SHARES HELD |
| --- | --- |
| Betty Paterson[*] | 2 |
| Charles Ramsey[*] | 2 |
| James Riha[*] | 2 |
| Warren Robinson[*] | 2 |
| Edmund Rosales[*] | 2 |
| Andy Rowland[*] | 2 |
| Marilyn Rowland[*] | 2 |
| Amy Runkle[*] | 2 |
| Anna Runkle[*] | 2 |
| Erick Runkle[*] | 2 |
| Harold Runkle[*] | 2 |
| Penny Runkle[*] | 2 |
| Russell Runkle[*] | 2 |
| Xavier Shied[*] | 2 |
| Rudi Sieberg[*] | 2 |
| Margretha Siebert[*] | 2 |
| Nathan Smith[*] | 2 |
| Abigail Stubbs[*] | 2 |
| Merrill Stubbs[*] | 2 |
| Michael Stubbs[*] | 2 |
| Ronnie Stubbs[*] | 2 |
| George Summers[*] | 2 |
| Robert Tarrant[*] | 2 |
| Terry Tombleson[*] | 2 |
| Karen Toneys[*] | 2 |
| Mark Anthony Toneys[*] | 2 |
| Neil Toneys[*] | 2 |
| Sylvia Toneys[*] | 2 |
| Chris Wyre[*] | 2 |

[*]    Address unknown.  Stock Certificates are being held by the Company.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              :       Chapter 11
                                                    :
JAVO BEVERAGE COMPANY, INC.,                        :       Case No.
                                                    :
                            Debtor.                 :
                                                    :
                                                    :

## DECLARATION CONCERNING LIST OF COMMON STOCKHOLDERS

I, Richard A. Gartrell, the undersigned authorized officer of Javo Beverage Company, Inc., named as the Debtor in this case, declare under penalty of perjury that I have reviewed the List of Common Stockholders for Javo Beverage Company, Inc., submitted herewith and that it is true and correct to the best of my information belief.

Dated:   February 7 , 2011

                                        _____
                                        Richard A. Gartrell
                                        Chief Financial Officer