## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| JAVO BEVERAGE COMPANY, INC., | : Case No. 11-10212(BLS) |
| Debtor.[1] | : |

## JAVO BEVERAGE COMPANY, INC.
### LIST OF PREFERRED STOCKHOLDERS AS OF JANUARY 24, 2011

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Curci Investments, LLC<br>717 Lido Park Drive<br>Newport Beach, CA  92663 | 275,818 |
| William C. Baker, Deceased<br>3 Lochmoor Lane<br>Newport Beach, CA  92660 | 113,147 |
| Thomas J. Rielly as trustee of the T & J Rielly Revocable Trust<br>160 Newport Center Drive, Suite 240<br>Newport Beach, CA  92660 | 88,860 |
| Thomas Davis and Heather Davis JT TEN<br>7940 Greenland Road<br>Franktown, CO  80116 | 81,774 |
| Michael J. Scherr<br>15750 West Dodge Road, Suite 100<br>Omaha, NE  68118-2535 | 58,842 |
| Wade H. Cable and Susan M. Cable<br>   as co-trustees of the Cable Family Trust of<br>   July 11, 1988<br>1 Pinehurst Lane<br>Newport Beach, CA  92660 | 52,271 |

---

[1]   The last four digits of the Debtor's federal tax identification number are 4292.  The Debtor's mailing address and corporate headquarters is 1311 Specialty Drive, Vista, California 92081.

[2]   Fractional shares have been omitted.

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Walter B. Eeds<br>341 Bayside Drive, #7<br>Newport Beach, CA  92660 | 52,271 |
| David D. Miller, Trustee of the Miller<br>    Living Trust dtd 3/3/87<br>3625 Del Amo Boulevard, Suite 130<br>Torrance, CA  90503 | 46,712 |
| Gabriel Gift Trusts<br>265 Morning Canyon Road<br>Corona Del Mar, CA  92625 | 46,252 |
| Larry S. Flax<br>16830 Ventura Boulevard, #300<br>Encino, CA  91436 | 41,817 |
| Peter N Delanoy as Trustee of the Marital Trust -<br>    Trust A of the Peter<br>70-200 Thunderbird Mesa Road<br>Rancho Mirage, CA  92270 | 37,336 |
| Pershing Keen Nominees Limited A/C KKCLT -<br>    The Ingetrity Pension Fund<br>9 High Street<br>Esher, Surrey, UK  KT10 9RL | 37,164 |
| Marion Knott<br>41 Royal St. George<br>Newport Beach, CA  92660 | 36,945 |
| Terry C. Hackett & Jana Hackett<br>    CO-TTEES of The Hackett Family Trust<br>    DTD 7-27-97<br>3 Royal Saint George<br>Newport Beach, CA  92660 | 36,936 |
| Karl Singer<br>7 Abbotsford Court<br>Dallas, TX  75225 | 34,147 |
| Rosenfield Revocable Trust<br>    Richard L Rosenfield TTEE Esther G Rosenfield<br>16830 Ventura Boulevard., #300<br>Encino, CA  91436 | 31,418 |
| Fred K. Shneider Co-Exec & Nancy S. Richardson<br>    Co-Exec Estate of Fred D.<br>1750 E. Airport Freeway<br>Irving, TX  75062 | 29,993 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Nicholas Robinson<br>Selborne, Hampshire<br>GU34 3JT,   United Kingdom | 27,769 |
| Dwight Manley<br>100 Bayview #5100<br>Newport Beach, CA  92660 | 27,708 |
| Malone Properties<br>100 Bayview #5100<br>Newport Beach, CA  92660 | 27,708 |
| Lisa Hudson<br>126 Allyn Avenue<br>San Anselmo, CA  94960 | 25,548 |
| Craig Manchester<br>160 Newport Center Drive, Suite 240<br>Newport Beach, CA  92660 | 25,539 |
| The C. T. DeCinces Family Trust<br>7742 Gloria Avenue<br>Van Nuys, CA  91406 | 25,488 |
| Phillip Chan<br>3421 Hawthorne Drive North<br>Wantagh, NY  11793 | 25,153 |
| David M. Moore<br>620 Newport Center, Suite 1600<br>Newport Beach, CA  92660 | 23,213 |
| Arman L. Mouhibian Trust dtd 3/12/03<br>10520 Isadora Lane<br>Los Angeles, CA  90077 | 21,094 |
| Bruce Rielly and Randa Rielly as co-trustees<br>    of The Rielly Living Trust<br>7 Troon Drive<br>Newport Beach, CA  92660 | 20,908 |
| Charles M. Johnson and Katrin B. Johnson<br>    as co-trustees of the Johnson Trust 1999, dated November 9,<br>    1999<br>4770 Von Karman Avenue<br>Newport Beach, CA  92660 | 20,908 |
| John P. Hooten<br>11111 Katy Freeway, #535<br>Houston, TX  77079 | 20,908 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Kayne Family Partnership<br>1800 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA  90067 | 20,908 |
| M. F. Salta<br>75-203 Pepperwood Drive<br>Indian Wells, CA  92210 | 20,908 |
| Maggard Investments, LLC<br>10370 Hemet Street, Suite 240<br>Riverside, CA  92503 | 20,908 |
| Robert T. Best<br>5 Lochmoor Lane<br>Newport Beach, CA  92660 | 20,908 |
| Nanco Associates, a New York State Gen. Partnership<br>8940 Main Street<br>Clarence, NY  14031 | 20,096 |
| Mark Cardelucci<br>170 Newport Center Drive, Suite 150<br>Newport Beach, CA  92660 | 19,715 |
| David Yeskin<br>23042 Mill Creek Drive<br>Laguna Hills, CA  92653 | 18,980 |
| J. M. Finn Nominees Limited<br>Salisbury House, London Wall<br>London, EC2M 5TA  UNITED KINGDOM | 18,582 |
| Knapp Co.<br>151 Kalmus Drive, F-1<br>Costa Mesa, CA  92626 | 18,520 |
| Ronald A. Bradshaw and Joette S. Bradshaw JTTEN<br>5 Pinehurst Lane<br>Newport Beach, CA  92660 | 18,472 |
| Gregory L. Hirsch<br>19376 Woodlands Lane<br>Huntington Beach, CA  92648 | 18,468 |
| Albert J. & Virginia K. Crosson<br>    Revocable Trust DTD 1-2-80<br>2532 Dupont Drive<br>Irvine, CA  92612 | 18,460 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Dell Arganbright & Mary Arganbright TTEES,<br>    The D/M Arganbright Family Trust UDT DTD 10-5-95<br>26 Skysail Drive<br>Corona Del Mar, CA  92625 | 17,323 |
| Nick Robinson<br>Selborne, Hampshire<br>GU34 3JT,   United Kingdom | 17,049 |
| The DeCinces Revocable Living Trust<br>24422 Avenida De La Carlota, #400<br>Laguna Hills, CA  92653 | 17,012 |
| Alan Lee Massengale<br>3060 Motor Avenue<br>Los Angeles, CA  90064 | 16,545 |
| Stanley A. Solomon Defined Benefit Pension Plan<br>359 San Miguel Drive, Suite 201<br>Newport Beach, CA  92660 | 16,093 |
| Sig Rogich TTEE for the Rogich Family Trust<br>3980 Howard Hughes Parkway<br>Las Vegas, CA  89109 | 15,681 |
| David Kobrine<br>17748 Skypark Circle, Sute 240<br>Irvine, CA  92614 | 14,403 |
| Gregory W. Schneider<br>4037 Porte de Palmas, Suite 90<br>San Diego, CA  92122 | 13,892 |
| Priscella J. Moore TTEE, the David & Priscella Moore Family<br>Trust (exemption trust) UA DTD 11/22/00<br>620 Newport Center, Suite 1200<br>Newport Beach, CA  92660 | 13,453 |
| Andrew Trower<br>Oak Lodge, Meadowside, Bookham<br>Surrey, UK  KT23 3LF | 13,153 |
| Kerry Mangano and Carolyn Mangano, JTTEN<br>19800 MacArthur Boulevard, Suite 1400<br>Irvine, CA  92612 | 13,068 |
| George M. Ross<br>3535 E. Coast Hwy #254<br>Corona Del Mar, CA  92625 | 12,327 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Greg Tomlinson<br>33212 Sea Knoll Drive<br>Dana Point, CA  92629 | 12,072 |
| Andrew & Laurie Mangano Ttee<br>    Andrew D. Mangano & Laurie Mangano Trust<br>1001 N. Demaree<br>Visalia, CA  93291 | 11,880 |
| Douglas L. Killian and Sommer K. Killian as<br>    co-trustees of the Douglas L. Killian &<br>    Sommer K. Killian Family Trust UA DTD 10-16-91<br>335 Emerald Bay<br>Laguna Beach, CA  92651 | 10,455 |
| Gary E. Legrand as trustee for the Legrand Family Living Trust<br>    dated June 15, 1994<br>1971 Port Locksleigh<br>Newport Beach, CA  92660 | 10,455 |
| Henry D. Varnell III<br>2080 Lake Drive<br>Winter Park, FL  32789 | 10,455 |
| Jerry W. Carlton<br>610 Newport Center Drive, Suite 1700<br>Newport Beach, CA  92660-6429 | 10,455 |
| Joan Flax as trustee of the Joan Gillette<br>    Flax Family Trust of 1990<br>16830 Ventura Boulevard, #300<br>Encino, CA  91436 | 10,455 |
| Julie A. Rielly as trustee of the Julie A. Rielly Trust<br>73 Monterey Pine Drive<br>Newport Coast, CA  92657 | 10,455 |
| Kenneth A. Harms<br>9662 Blandford Road<br>Orlando, FL  32827 | 10,455 |
| Mike A. Chernine<br>527 South Durango<br>Las Vegas, NV  89113 | 10,455 |
| Peter A. Michetti and Dorothy Marie Michetti JT TEN<br>5565 Noah Way<br>San Diego, CA  92117 | 10,455 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Rick J. Moore<br>1429 E. Lake Shore Drive<br>Springfield, IL 62712 | 10,455 |
| Robert Black, Jr., Trustee of the<br>    RBJ Separate Property Trust dated 1-22-98<br>5275 South Durango Drive<br>Las Vegas, NV 89113 | 10,455 |
| Robert Wessel and Victoria Wessel JT TEN<br>13676 Landfair Road<br>San Diego, CA 92130 | 10,455 |
| Rosenfield Children's Trust<br>16830 Ventura Blvd., #300<br>Encino, CA 91436 | 10,455 |
| Steven P. James<br>22 Cherry Hill Drive<br>Newport Beach, CA 92660 | 10,455 |
| Richard L. Rosenfield<br>16830 Ventura Boulevard, #300<br>Encino, CA 91436 | 10,399 |
| C. Kent Freundt<br>6919 Country Club Drive<br>La Jolla, CA 92037 | 10,042 |
| Daniel F. Bibb and Lynda L. Bibb as co-trustees<br>    of the Bibb Family Trust 11-30-98<br>1 Oakmont Lane<br>Newport Beach, CA 92660 | 9,859 |
| David Manovich and Kay Stout Manovich, JT TEN<br>2 Legacy Place<br>Rancho Mirage, CA 92270 | 9,588 |
| David Shreiner<br>225 Raintree Drive<br>Encinitas, CA 92024 | 9,478 |
| Richard K. Howell<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626 | 9,377 |
| Gretta Sladen<br>62 W. Neal Street<br>Pleasanton, CA 94566 | 9,329 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Hannah R. Bower<br>29 Cleveland Road<br>Barnes, London  SW130AA | 9,264 |
| Gary J. Pasquinelli Family Trust DTD 9/25/90,<br>    Gary J. Pasquinelli, TTEE<br>350 W. 16th Street, Suite 400<br>Yuma, AZ  85364 | 9,258 |
| Paul Keohane & Patricia Keohane JTTEN<br>3720 Ocean Boulevard<br>Corona Del Mar, CA  92625 | 9,236 |
| Stanley A. Solomon<br>359 San Miguel Drive, Suite 201<br>Newport Beach, CA  92660 | 9,236 |
| Ronald McMackin<br>17911 Mitchell Road<br>Irvine, CA  92614 | 9,222 |
| Fred K. Schneider<br>1750 E. Airport Freeway<br>Irving, TX  75062 | 9,084 |
| Nancy Richardson<br>1750 E. Airport Freeway<br>Irving, TX  75062 | 9,084 |
| Verity Trower Grandchildren Trust<br>Oak Lodge, Meadowside, Bookham<br>Surrey, UK  KT23 3LF | 8,876 |
| B and K Way Trust dtd 8/30/04<br>22442 Canaveras<br>Mission Viejo, CA  92691 | 8,559 |
| Brian Britt<br>11102 Corte Mar De Cristal<br>San Diego, CA  92130 | 8,551 |
| Rhett D. Bentley<br>3924 Miramar Avenue<br>Dallas, TX  75205 | 8,547 |
| Ann Quentin White<br>9308 Guernsey Lane<br>Dallas, TX  75220 | 8,545 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Elizabeth Essary Savage<br>9308 Guernsey Lane<br>Dallas, TX  75220 | 8,545 |
| Peter Schultz, Trustee of the Schultz<br>    Living Trust DTD 12/4/87<br>3625 Del Amo Boulevard, Suite 130<br>Torrrance, CA  90503 | 8,538 |
| F. Scott Jackson<br>2030 Main Street, Suite 1200<br>Irvine, CA  92614 | 8,516 |
| Quilling Family Trust<br>52-130 Citation Court<br>La Quinta, CA  92253 | 8,406 |
| Monte A. Leen<br>11730 N. E. 12th Street<br>Bellevue, WA  98005 | 8,380 |
| Steve Schwartz<br>324 Snug Harbor Road<br>Newport Beach, CA  92663 | 8,323 |
| Luigi A. Losorelli and Nina L. Losorelli, JTTEN<br>248 Windwood Lane<br>Sierra Madre, CA  91024-2676 | 8,305 |
| Brian B. Bennett, TTEE of the Brian B. Bennett Revocable Trust<br>    DTD 05-08-02<br>14401 Franklin Ave STE 100<br>Tustin, CA  92780 | 8,162 |
| Brian Dorfman & Nicole Lonner JTTEN<br>50 Leaping Powder Road<br>Santa Fe, NM  87598 | 8,062 |
| Silvana K. Vartanian and Vartan R. Vartanian,<br>    Trustees of the Silvana K. Vartanian and Vartan R. Vartanian<br>    Declaration of Trust dtd 1/28/00<br>1975 Rimcrest Drive<br>Glendale, CA  91207 | 8,062 |
| Peter Hitch<br>4 Corporate Plaza, Suite 250<br>Newport Beach, CA  92660 | 6,569 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Mark C. Barker<br>3535 E. Coast Highway #224<br>Corona del Mar, CA  92625 | 6,323 |
| Bradley M. Barlow TOD Account<br>186 E. 16th Street<br>Costa Mesa, CA  92627 | 6,239 |
| George Kim<br>15 Crestwood<br>Newport Beach, CA  92660 | 6,222 |
| James G. Brakke<br>30729 Paseo Elegancia<br>San Juan Capistrano, CA  92677 | 5,298 |
| A. Corey Hansen<br>100 Bayview Circle, Suite 200<br>Newport Beach, CA  92660 | 5,228 |
| Albert M. Schulten as trustee for the<br>    Albert M. Schulten Trust<br>942 Baywood Drive<br>Newport Beach, CA  92660 | 5,228 |
| Albert M. Schulten, Jr.<br>24401 Fawnskin Drive<br>Glen Ivy, CA  92883 | 5,228 |
| Andrew Martinez<br>610 Bolinas Road<br>Fairfax, CA  94930 | 5,228 |
| Anthony Nanula & Savino Nanula Joint Venture<br>8940 Main Street<br>Clarence, NY  14031 | 5,228 |
| Barry Zimmerman<br>470 E. 19th Street<br>Costa Mesa, CA  92627 | 5,228 |
| Bruce Bennett<br>506 I Street<br>Newport Beach, CA  92661 | 5,228 |
| Charles E. Mohr<br>3466 Forsythe Terrace<br>The Villages, FL  32162 | 5,228 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Daniel V, Inc.<br>14 Corporate Plaza<br>Newport Beach, CA  92660 | 5,228 |
| David L. Ellis and Christin F. Ellis JT TEN<br>11 Lyon<br>Newport Coast, CA  92657 | 5,228 |
| Hank F. Weeks<br>2505 Altamar Drive<br>Laguna Beach, CA  92651 | 5,228 |
| Jeff R. Ewing<br>180 Newport Center Drive, Suite 163<br>Newport Beach, CA  92660 | 5,228 |
| Joseph Kidushim<br>1424 Sandcastle Drive<br>Corona Del Mar, CA  92625 | 5,228 |
| Leslie D. Demille<br>20202 Cypress Street<br>Newport Beach, CA  92660 | 5,228 |
| Madison A. Jobe and Janis L. Jobe JT TEN<br>24402 Overlake Lane<br>Lake Forest, CA  92630 | 5,228 |
| Nancy L. Lewis<br>6205 Seashore Drive<br>Newport Beach, CA  92663 | 5,228 |
| Richard B. Specter & Jill O. Specter<br>  Ttees Of The Specter Family Trust Dtd 5/17/06<br>2 Serenity<br>Newport Coast, CA  92657 | 5,228 |
| Robert A. Taylor<br>23 Walsh Drive<br>Malwah, NJ  07430 | 5,228 |
| Ronald S. Beard and Karin G. Paridee-Beard<br>  as co-trustees of the Ronald and Karin Beard Living Trust<br>  dated March 30, 1999<br>27442 Hidden Trail Road<br>Laguna Hills, CA  92653 | 5,228 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Nancy F. Bear as Trustee of the<br>    Nancy Foster Bear Separate Property Trust<br>709 North Bay Front<br>Balboa Island<br>Los Angeles, CA 92662 | 5,228 |
| William G. Byrnes and Lisa H. Byrnes TEN ENT<br>7988 Cranes Pointe Way<br>West Palm Beach, FL 33412 | 5,228 |
| David C. Levinson<br>1125 S. Beverly Drive, Suite 700<br>Los Angeles, CA 90035 | 4,872 |
| Heather Williams<br>36 Audubon Drive<br>Snyder, NY 14226 | 4,837 |
| Richard Taylor<br>500 Elk Street<br>Buffalo, NY 14210 | 4,822 |
| Anthony Nanula<br>8940 Main Street<br>Clarence, NY 14031 | 4,821 |
| Jae Ho Kim<br>65 Halston Parkway<br>E. Amherst, NY 14051 | 4,813 |
| Hansen Revocable Trust dtd 11-18-88<br>578 Ford Avenue<br>Solana Beach, CA 92075-1307 | 4,796 |
| Tim Wilcox and Neva Wilcox JT TEN<br>9058 Crystal River Drive<br>Indianapolis, IN 46240 | 4,796 |
| Michael J. Golino<br>6 Beach Avenue<br>Ashland, OR 97520 | 4,772 |
| Sandra Glass<br>835 Park Lane<br>Montecito, CA 93108 | 4,743 |
| Bruce L. Way Defined Benefit Trust<br>22442 Canaveras<br>Mission Viejo, CA 92691 | 4,657 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Allen Arthur & Nedra Arthur JTTEN<br>4012 So. Rainbow, Suite K-92<br>Las Vegas, NV  89103 | 4,626 |
| Kevin J. McCloskey<br>1620 Pond Road, Suite 301<br>Allentown, PA  18104 | 4,626 |
| Carpenter & Associates<br>4041 MacArthur Blvd. Suite 350<br>Newport Beach, CA  92660 | 4,619 |
| Greg Olafson<br>413 Dahlia Avenue<br>Corona Del Mar, CA  92625 | 4,619 |
| Johnson Advisory Group, Inc.<br>18101 Von Karman Avenue, Suite 1250<br>Irvine, CA  92612-7133 | 4,617 |
| SFV, Incorporated<br>160 Newport Center Drive, Suite 240<br>Newport Beach, CA  92660 | 4,616 |
| Mr. Robert H. Dahl, TTEE,<br>The Deem Family Trust DTD 10-17-97<br>3580 Wilshire Boulevard, Suite 1770<br>Los Angeles, CA  90010 | 4,614 |
| Peter J. Desforges<br>14 Corporate Plaza, Suite 110<br>Newport Beach, CA  92660 | 4,614 |
| Barton J. Beasley and Lea J. Beasley, TTEES<br>    of the B. L. Beasley Revocable Trust<br>        DTD March 14, 2001<br>16 Turnberry Drive<br>Newport Beach, CA  92660 | 4,581 |
| Stephen C. Ibarguen<br>5515 Cedar Creek Lane<br>Dallas, TX  75252 | 4,273 |
| Grant Garbers<br>660 Newport Circle Suite 710<br>Newport Beach, CA  92660 | 4,267 |
| Robert W. Holmes<br>4443 Westway Avenue<br>Dallas, TX  75205 | 4,263 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Barbara Singer - Separate Property and Estate<br>7 Abbotsford Court<br>Dallas, TX  75225 | 4,256 |
| Charlotte D. Cardella<br>3611 San Ysidro Way<br>Sacramento, CA  95864 | 4,248 |
| Joe Alcantar<br>6222 Vanderbilt Avenue<br>Dallas, TX  75214 | 4,248 |
| Aaron Boone<br>1432 Misty Sea Way<br>San Marcos, CA  92078-1010 | 4,247 |
| Robert Boone<br>1432 Misty Sea Way<br>San Marcos, CA  92078-1010 | 4,247 |
| Homer DeLeon<br>83742 Manzanita Avenue<br>Indio, CA  92203 | 4,238 |
| Coastwide Corporation Defined Benefit Pension Plan<br>1575 Spinnaker Dr. #205<br>Ventura, CA  93001 | 4,223 |
| Elizabeth Todd<br>430 Arocado Avenue<br>Corona Del Mar, CA  92625 | 4,159 |
| Jesse Gonzales<br>134 Park Drive<br>East Stroudsburg, PA  18301 | 4,156 |
| Carl E. Johnson and Marty B. Johnson,<br>    TTEE of the C and M Johnson Revocable<br>    Trust DTD 5-6-05<br>1848 Port Taggert Place<br>Newport Beach, CA  92660 | 4,117 |
| Debrorah L. Delanoy<br>70-200 Thunderbird Mesa Road<br>Rancho Mirage, CA  92270 | 4,033 |
| Fred N. Delanoy<br>3640 Grand Avenue, Suite 6<br>Oakland, CA  94610 | 4,033 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| James J. Crossland<br>3101 Country Club Drive<br>Glendale, CA  91208 | 4,032 |
| Katherine A. P. Guerrero &<br>   Anthony K. Guerrero JTTEN<br>3151 Francis Street<br>Honolulu, HI  93815 | 4,032 |
| John M. Richards<br>8836 N. Hess, Suite D<br>Hayden Lake, ID  83835 | 4,026 |
| W.T. Richards<br>8836 N. Hess, Suite D<br>Hayden Lake, ID  83835 | 4,026 |
| David Zemke<br>229 Alpine Street<br>San Rafael, CA  94901 | 4,024 |
| Lisa Hudson as Custodian for Shayne Rebbetoy & Brendan<br>Rebbetoy<br>126 Allyn Avenue<br>San Anselmo, CA  94960 | 4,024 |
| Luba Ognianova Tomalevska &<br>   Vladimir B. Tomalevska<br>1653 Stone Canyon Road<br>Bel Air, CA  90077 | 4,024 |
| John M. Nisley<br>867 Washington Street<br>El Segundo, CA  90245 | 4,020 |
| Peter Schultz, CPA Defined Benefit Pension Plan<br>3625 Del Amo Boulevard, Suite 130<br>Torrrance, CA  90503 | 4,018 |
| Alec I. Mouhibian Living Trust 3-17-2004<br>10520 Isadora Lane<br>Los Angeles, CA  90077 | 4,004 |
| Romi C. Mouhibian Living Trust 3-17-2004<br>10520 Isadora Lane<br>Los Angeles, CA  90077 | 4,004 |
| Thomas and Heather Davis<br>7940 Greenland Road<br>Franktown, CO  80116 | 3,487 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Matthew L. Wagner<br>231 Richmond #15<br>Buffalo, NY  14222 | 2,412 |
| Eileen M. King<br>456 Evans Street<br>N. Tonawanda, NY  14120 | 2,406 |
| Jeffrey J. McMahon IRA<br>4933 East Brooke Place<br>Williamsville, NY  14221 | 2,373 |
| Richard C. Fyke<br>4001 MacArthur Boulevard, Suite 101<br>Newport Beach, CA  92660 | 2,289 |
| Raymond James & Associates CSDN FBO Paul S. Nanula Ura<br>U/A/D 05/06/06<br>880 Carillon Parkway<br>PO Box 12749<br>ST. Petersburg, FL  33716 | 2,164 |
| Richard J. Klune and Anita M. Klune JT TEN<br>5704 South Copperhead Drive<br>Sioux Falls, SD  57108 | 2,090 |
| Andrew Mangano & Laurie Mangano JTTEN<br>19800 MacArthur Boulevard, Suite 1400<br>Irvine, CA  92612 | 1,188 |
| Jennifer Hilsabeck & Jeremy Hilsabeck JTTEN<br>101 D Beech Street<br>Birmingham, AL  35213 | 1,152 |
| Lauren Yearout & Jason Yearout JTTEN<br>101 D Beech Street<br>Birmingham, AL  35213 | 1,152 |
| Patrick J. Klune<br>6600 W. 43rd Place<br>Sioux Falls, SD  57106 | 1,045 |
| Richard B. Klune<br>4714 Renova Way<br>San Diego, CA  92124 | 1,045 |
| Devon Ericson<br>P.O. Box 2785<br>La Jolla, CA  92038 | 522 |

| NAME/LAST KNOWN ADDRESS | SHARES HELD[2] |
|---|---|
| Rob Amato<br>4714 Renova Way<br>San Diego, CA  92124 | 522 |
| Paul S. Nanula, IRA<br>8940 Main Street<br>Clarence, NY  14031 | 216 |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| JAVO BEVERAGE COMPANY, INC., | :    Case No. |
| | : |
| Debtor. | : |
| | : |
| | : |

## DECLARATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

I, Richard A. Gartrell, the undersigned authorized officer of Javo Beverage Company, Inc., named as the Debtor in this case, declare under penalty of perjury that I have reviewed the List of Preferred Stockholders for Javo Beverage Company, Inc., submitted herewith and that it is true and correct to the best of my information belief.

Dated:  February 7, 2011

_____
Richard A. Gartrell
Chief Financial Officer