# Exhibit B

Ballots

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 11-10212 (BLS) |
| JAVO BEVERAGE COMPANY, INC., | |
| Debtor.[1] | |

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S
## CHAPTER 11 PLAN OF REORGANIZATION

### CLASS 2 – Prepetition Factor Secured Claims

This is a ballot to vote to accept or reject the Plan of Reorganization of Javo Beverage Company, Inc. (the "Plan").[2] If you have more than one claim entitled to vote, you will receive additional ballot(s) on which to cast your vote. If you have more than one claim in the same Class, you must vote all claims within that Class the same way.

> PLEASE READ THIS ENTIRE BALLOT BEFORE COMPLETING. PLEASE COMPLETE, DATE, AND SIGN THIS BALLOT AND RETURN IT IN THE ENCLOSED PREADDRESSED, POSTAGE PREPAID ENVELOPE. THIS BALLOT **MUST BE ACTUALLY RECEIVED** BY JAVO BEVERAGE CO. CLAIMS PROCESSING CENTER, C/O KURTZMAN CARSON CONSULTANTS LLC, 2335 ALASKA AVE., EL SEGUNDO, CA 90245 (THE "BALLOTING AGENT"), ON OR BEFORE **APRIL 21 AT 5:00 P.M., PREVAILING PACIFIC TIME.**

### PLEASE READ THE FOLLOWING AND THE ENCLOSED VOTING INSTRUCTIONS
### BEFORE COMPLETING YOUR BALLOT

This Ballot is submitted to you to solicit your vote to accept the Plan, which is described in the disclosure statement in support of the Plan, dated February 9, 2011 (the "Disclosure Statement"). A copy of the Plan is attached as **Exhibit A** to the Disclosure Statement. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement on _____, 2011. The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. A copy of the Disclosure Statement is included with this Ballot.

Please complete, sign and date this Ballot and return it to the Balloting Agent, Javo Beverage Co. Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Ave., El Segundo, CA 90245 in the enclosed preaddressed, postage prepaid envelope. **If your Ballot is not ACTUALLY RECEIVED by 5:00 p.m., prevailing Pacific time, on April 21, 2011 it will not be counted. The Balloting Agent will not accept Ballots by facsimile, e-mail, or other electronic transmission.**

---

[1] The last four digits of the Debtor's federal tax identification number are 4292. The Debtor's mailing address and corporate headquarters is 1311 Specialty Drive, Vista, California 92081.

[2] Capitalized terms not otherwise defined are defined in the Plan.

**By signing this Ballot, you make the following certifications:**

- "I have received or obtained a copy of the Disclosure Statement and the exhibits thereto, including the Plan."

- "I understand that, if this Ballot is validly executed and returned without checking a box to ACCEPT or REJECT, this Ballot will not be counted."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed herein."

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the allowed claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it and otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. **To have your vote count you must complete and return this Ballot so that it is actually received by the Balloting Agent by 5:00 p.m., prevailing Pacific time on or before April 21, 2011. Unsigned Ballots will not be counted.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or interest or an admission by the Debtors of the validity of a claim or interest.

---

**HOW TO VOTE** (FOR FURTHER DETAIL, SEE ENCLOSED VOTING INSTRUCTIONS)

ITEM 1 SETS OUT THE AMOUNT AND CLASSIFICATION OF YOUR CLAIM FOR VOTING PURPOSES.

COMPLETE ITEM 2. ANY BALLOT THAT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN WILL NOT BE COUNTED.

CHECK THE BOX IN ITEM 3 IF YOU ELECT NOT TO GRANT THE THIRD PARTY RELEASES CONTAINED IN SECTION 9.7 OF THE PLAN. **IF YOU SUBMIT YOUR BALLOT WITHOUT ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE THIRD PARTY RELEASES SET FORTH IN SECTION 9.7 OF THE PLAN TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.**

REVIEW THE CERTIFICATIONS IN ITEM 4.

SIGN THE BALLOT. ONLY EXECUTED BALLOTS WILL BE COUNTED.

RETURN THE BALLOT IN THE PRE-ADDRESSED, POSTAGE-PAID ENVELOPE. THE BALLOT MUST BE ACTUALLY RECEIVED BY THE BALLOTING AGENT BY APRIL 21, 2011 AT 5:00 P.M. (PT). LATE BALLOTS WILL NOT BE COUNTED.

---

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF ANY ENCLOSED MATERIALS, PLEASE CONTACT _____, PH: _____. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE, TELECOPY TRANSMISSION OR ELECTRONIC MAIL.**

# BALLOT

**Item 1: Voting Classification and Amount.** As of the record date of March 18, 2010, the undersigned is a holder of a Class 2 – Prepetition Factor Secured Claims (as defined in the Plan) against the Debtors in the amount set forth above for voting purposes.

**Item 2: Vote.** The undersigned votes the above-listed Class 2 Claim to (check one box):

☐ Accept the Plan ☐ Reject the Plan

**Item 3: Optional Release Election.** Check this box if you elect not to grant the releases contained in section 9.7 of the Plan. Election to withhold consent is at your option. If you submit this ballot without the box checked, you will be deemed to consent to the releases contained in section 9.7 of the Plan to the fullest extent permitted by applicable law.

☐ The undersigned elects not to grant the releases contained in section 9.7 of the Plan.

**Item 4: Acknowledgments and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Disclosure Statement, including all exhibits thereto. The undersigned certifies that (i) it is the holder of the claim identified on this Ballot and (ii) it has full power and authority to vote to accept or rejection the Plan.

Name of Creditor: _____
                    (Print or Type)

By: _____
        (Signature of Creditor or Authorized Agent)

Print Name of Signatory: _____

Title: _____
       (If Applicable)

Street Address: _____
              (City, State and Zip Code)

Telephone Number: _____

Social Security or Federal Tax I.D. No. _____

Date Completed: _____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
|  | Case No. 11-10212 (BLS) |
| JAVO BEVERAGE COMPANY, INC., |  |
| Debtor.[1] |  |

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S
## CHAPTER 11 PLAN OF REORGANIZATION

### CLASS 3 – Bunn-O-Matic Secured Claims

This is a ballot to vote to accept or reject the Plan of Reorganization of Javo Beverage Company, Inc. (the "Plan").[2] If you have more than one claim entitled to vote, you will receive additional ballot(s) on which to cast your vote. If you have more than one claim in the same Class, you must vote all claims within that Class the same way.

> PLEASE READ THIS ENTIRE BALLOT BEFORE COMPLETING. PLEASE COMPLETE, DATE, AND SIGN THIS BALLOT AND RETURN IT IN THE ENCLOSED PREADDRESSED, POSTAGE PREPAID ENVELOPE. THIS BALLOT **MUST BE ACTUALLY RECEIVED** BY JAVO BEVERAGE CO. CLAIMS PROCESSING CENTER, C/O KURTZMAN CARSON CONSULTANTS LLC, 2335 ALASKA AVE., EL SEGUNDO, CA 90245 (THE "**BALLOTING AGENT**"), ON OR BEFORE **APRIL 21 AT 5:00 P.M., PREVAILING PACIFIC TIME.**

### PLEASE READ THE FOLLOWING AND THE ENCLOSED VOTING INSTRUCTIONS BEFORE COMPLETING YOUR BALLOT

This Ballot is submitted to you to solicit your vote to accept the Plan, which is described in the disclosure statement in support of the Plan, dated February 9, 2011 (the "Disclosure Statement"). A copy of the Plan is attached as **Exhibit A** to the Disclosure Statement. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement on _____, 2011. The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. A copy of the Disclosure Statement is included with this Ballot.

Please complete, sign and date this Ballot and return it to the Balloting Agent, Javo Beverage Co. Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Ave., El Segundo, CA 90245 in the enclosed preaddressed, postage prepaid envelope. **If your Ballot is not ACTUALLY RECEIVED by 5:00 p.m., prevailing Pacific time, on April 21, 2011 it will not be counted. The Balloting Agent will not accept Ballots by facsimile, e-mail, or other electronic transmission.**

---

[1] The last four digits of the Debtor's federal tax identification number are 4292. The Debtor's mailing address and corporate headquarters is 1311 Specialty Drive, Vista, California 92081.

[2] Capitalized terms not otherwise defined are defined in the Plan.

**By signing this Ballot, you make the following certifications:**

- "I have received or obtained a copy of the Disclosure Statement and the exhibits thereto, including the Plan."

- "I understand that, if this Ballot is validly executed and returned without checking a box to ACCEPT or REJECT, this Ballot will not be counted."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed herein."

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the allowed claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it and otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. **To have your vote count you must complete and return this Ballot so that it is actually received by the Balloting Agent by 5:00 p.m., prevailing Pacific time on or before April 21, 2011. Unsigned Ballots will not be counted.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or interest or an admission by the Debtors of the validity of a claim or interest.

---

**HOW TO VOTE** (FOR FURTHER DETAIL, SEE ENCLOSED VOTING INSTRUCTIONS)

ITEM 1 SETS OUT THE AMOUNT AND CLASSIFICATION OF YOUR CLAIM FOR VOTING PURPOSES.

COMPLETE ITEM 2. ANY BALLOT THAT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN WILL NOT BE COUNTED.

CHECK THE BOX IN ITEM 3 IF YOU ELECT NOT TO GRANT THE THIRD PARTY RELEASES CONTAINED IN SECTION 9.7 OF THE PLAN. **IF YOU SUBMIT YOUR BALLOT WITHOUT ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE THIRD PARTY RELEASES SET FORTH IN SECTION 9.7 OF THE PLAN TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.**

REVIEW THE CERTIFICATIONS IN ITEM 4.

SIGN THE BALLOT. ONLY EXECUTED BALLOTS WILL BE COUNTED.

RETURN THE BALLOT IN THE PRE-ADDRESSED, POSTAGE-PAID ENVELOPE. THE BALLOT MUST BE ACTUALLY RECEIVED BY THE BALLOTING AGENT BY APRIL 21, 2011 AT 5:00 P.M. (PT). LATE BALLOTS WILL NOT BE COUNTED.

---

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF ANY ENCLOSED MATERIALS, PLEASE CONTACT _____, PH: _____. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE, TELECOPY TRANSMISSION OR ELECTRONIC MAIL.**

# BALLOT

**Item 1: Voting Classification and Amount.** As of the record date of March 18, 2010, the undersigned is a holder of a Class 3 – Bunn-O-Matic Secured Claims (as defined in the Plan) against the Debtors in the amount set forth above for voting purposes.

**Item 2: Vote.** The undersigned votes the above-listed Class 3 Claim to (check one box):

☐ Accept the Plan ☐ Reject the Plan

**Item 3: Optional Release Election.** Check this box if you elect not to grant the releases contained in section 9.7 of the Plan. Election to withhold consent is at your option. If you submit this ballot without the box checked, you will be deemed to consent to the releases contained in section 9.7 of the Plan to the fullest extent permitted by applicable law.

☐ The undersigned elects not to grant the releases contained in section 9.7 of the Plan.

**Item 4: Acknowledgments and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Disclosure Statement, including all exhibits thereto. The undersigned certifies that (i) it is the holder of the claim identified on this Ballot and (ii) it has full power and authority to vote to accept or rejection the Plan.

Name of Creditor: _____
 (Print or Type)

By:_____
 (Signature of Creditor or Authorized Agent)

Print Name of Signatory:_____

Title:_____
 (If Applicable)

Street Address:_____
 (City, State and Zip Code)

Telephone Number:_____

Social Security or Federal Tax I.D. No._____

Date Completed:_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re

JAVO BEVERAGE COMPANY, INC.,

Debtor.[1]

---

: Chapter 11
:
: Case No. 11-10212 (BLS)
:
:
:
:
:
:

---

**BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S
CHAPTER 11 PLAN OF REORGANIZATION**

---

**CLASS 6 – General Unsecured Claims**

This is a ballot to vote to accept or reject the Plan of Reorganization of Javo Beverage Company, Inc. (the "Plan").[2] If you have more than one claim entitled to vote, you will receive additional ballot(s) on which to cast your vote. If you have more than one claim in the same Class, you must vote all claims within that Class the same way.

> PLEASE READ THIS ENTIRE BALLOT BEFORE COMPLETING. PLEASE COMPLETE, DATE, AND SIGN THIS BALLOT AND RETURN IT IN THE ENCLOSED PREADDRESSED, POSTAGE PREPAID ENVELOPE. THIS BALLOT **MUST BE ACTUALLY RECEIVED** BY JAVO BEVERAGE CO. CLAIMS PROCESSING CENTER, C/O KURTZMAN CARSON CONSULTANTS LLC, 2335 ALASKA AVE., EL SEGUNDO, CA 90245 (THE "BALLOTING AGENT"), ON OR BEFORE APR IL 21 AT 5:00 P.M., PREVAILING PACIFIC TIME.

**PLEASE READ THE FOLLOWING AND THE ENCLOSED VOTING INSTRUCTIONS
BEFORE COMPLETING YOUR BALLOT**

This Ballot is submitted to you to solicit your vote to accept the Plan, which is described in the disclosure statement in support of the Plan, dated February 9, 2011 (the "Disclosure Statement"). A copy of the Plan is attached as **Exhibit A** to the Disclosure Statement. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement on _____, 2011. The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. A copy of the Disclosure Statement is included with this Ballot.

Please complete, sign and date this Ballot and return it to the Balloting Agent, Javo Beverage Co. Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Ave., El Segundo, CA 90245 in the enclosed preaddressed, postage prepaid envelope. **If your Ballot is not ACTUALLY RECEIVED by 5:00 p.m., prevailing Pacific time, on April 21, 2011 it will not be counted. The Balloting Agent will not accept Ballots by facsimile, e-mail, or other electronic transmission.**

---

[1] The last four digits of the Debtor's federal tax identification number are 4292. The Debtor's mailing address and corporate headquarters is 1311 Specialty Drive, Vista, California 92081.

[2] Capitalized terms not otherwise defined are defined in the Plan.

**By signing this Ballot, you make the following certifications:**

- "I have received or obtained a copy of the Disclosure Statement and the exhibits thereto, including the Plan."

- "I understand that, if this Ballot is validly executed and returned without checking a box to ACCEPT or REJECT, this Ballot will not be counted."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed herein."

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the allowed claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it and otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. **To have your vote count you must complete and return this Ballot so that it is actually received by the Balloting Agent by 5:00 p.m., prevailing Pacific time on or before April 21, 2011. Unsigned Ballots will not be counted.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or interest or an admission by the Debtors of the validity of a claim or interest.

---

**HOW TO VOTE** (FOR FURTHER DETAIL, SEE ENCLOSED VOTING INSTRUCTIONS)

ITEM 1 SETS OUT THE AMOUNT AND CLASSIFICATION OF YOUR CLAIM FOR VOTING PURPOSES.

COMPLETE ITEM 2. ANY BALLOT THAT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN WILL NOT BE COUNTED.

CHECK THE BOX IN ITEM 3 IF YOU ELECT NOT TO GRANT THE THIRD PARTY RELEASES CONTAINED IN SECTION 9.7 OF THE PLAN. IF YOU SUBMIT YOUR BALLOT WITHOUT ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE THIRD PARTY RELEASES SET FORTH IN SECTION 9.7 OF THE PLAN TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

REVIEW THE CERTIFICATIONS IN ITEM 4.

SIGN THE BALLOT. ONLY EXECUTED BALLOTS WILL BE COUNTED.

RETURN THE BALLOT IN THE PRE-ADDRESSED, POSTAGE-PAID ENVELOPE. THE BALLOT MUST BE ACTUALLY RECEIVED BY THE BALLOTING AGENT BY APRIL 21, 2011 AT 5:00 P.M. (PT). LATE BALLOTS WILL NOT BE COUNTED.

---

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF ANY ENCLOSED MATERIALS, PLEASE CONTACT _____, PH: _____. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE, TELECOPY TRANSMISSION OR ELECTRONIC MAIL.**

# BALLOT

**Item 1: Voting Classification and Amount.** As of the record date of March 18, 2010, the undersigned is a holder of a Class 6 – General Unsecured Claims (as defined in the Plan) against the Debtors in the amount set forth above for voting purposes.

**Item 2: Vote.** The undersigned votes the above-listed Class 6 Claim to (check one box):

☐ Accept the Plan ☐ Reject the Plan

**Item 3: Optional Release Election.** Check this box if you elect not to grant the releases contained in section 9.7 of the Plan. Election to withhold consent is at your option. If you submit this ballot without the box checked, you will be deemed to consent to the releases contained in section 9.7 of the Plan to the fullest extent permitted by applicable law.

☐ The undersigned elects not to grant the releases contained in section 9.7 of the Plan.

**Item 4: Acknowledgments and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Disclosure Statement, including all exhibits thereto. The undersigned certifies that (i) it is the holder of the claim identified on this Ballot and (ii) it has full power and authority to vote to accept or rejection the Plan.

Name of Creditor: _____
  (Print or Type)

By: _____
  (Signature of Creditor or Authorized Agent)

Print Name of Signatory: _____

Title: _____
  (If Applicable)

Street Address: _____
  (City, State and Zip Code)

Telephone Number: _____

Social Security or Federal Tax I.D. No. _____

Date Completed: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
|  | Case No. 11-10212 (BLS) |
| JAVO BEVERAGE COMPANY, INC., |  |
| Debtor.[1] |  |

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S
## CHAPTER 11 PLAN OF REORGANIZATION

### CLASS 7 – Senior Note Claims

This is a ballot to vote to accept or reject the Plan of Reorganization of Javo Beverage Company, Inc. (the "Plan").[2] If you have more than one claim entitled to vote, you will receive additional ballot(s) on which to cast your vote. If you have more than one claim in the same Class, you must vote all claims within that Class the same way.

> PLEASE READ THIS ENTIRE BALLOT BEFORE COMPLETING. PLEASE COMPLETE, DATE, AND SIGN THIS BALLOT AND RETURN IT IN THE ENCLOSED PREADDRESSED, POSTAGE PREPAID ENVELOPE. THIS BALLOT **MUST BE ACTUALLY RECEIVED** BY JAVO BEVERAGE CO. CLAIMS PROCESSING CENTER, C/O KURTZMAN CARSON CONSULTANTS LLC, 2335 ALASKA AVE., EL SEGUNDO, CA 90245 (THE "**BALLOTING AGENT**"), ON OR BEFORE **APRIL 21 AT 5:00 P.M., PREVAILING PACIFIC TIME.**

### PLEASE READ THE FOLLOWING AND THE ENCLOSED VOTING INSTRUCTIONS
### BEFORE COMPLETING YOUR BALLOT

This Ballot is submitted to you to solicit your vote to accept the Plan, which is described in the disclosure statement in support of the Plan, dated February 9, 2011 (the "Disclosure Statement"). A copy of the Plan is attached as **Exhibit A** to the Disclosure Statement. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement on _____, 2011. The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. A copy of the Disclosure Statement is included with this Ballot.

Please complete, sign and date this Ballot and return it to the Balloting Agent, Javo Beverage Co. Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Ave., El Segundo, CA 90245 in the enclosed preaddressed, postage prepaid envelope. **If your Ballot is not ACTUALLY RECEIVED by 5:00 p.m., prevailing Pacific time, on April 21, 2011 it will not be counted. The Balloting Agent will not accept Ballots by facsimile, e-mail, or other electronic transmission.**

---

[1] The last four digits of the Debtor's federal tax identification number are 4292. The Debtor's mailing address and corporate headquarters is 1311 Specialty Drive, Vista, California 92081.

[2] Capitalized terms not otherwise defined are defined in the Plan.

**By signing this Ballot, you make the following certifications:**

- "I have received or obtained a copy of the Disclosure Statement and the exhibits thereto, including the Plan."

- "I understand that, if this Ballot is validly executed and returned without checking a box to ACCEPT or REJECT, this Ballot will not be counted."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed herein."

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the allowed claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it and otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. **To have your vote count you must complete and return this Ballot so that it is actually received by the Balloting Agent by 5:00 p.m., prevailing Pacific time on or before April 21, 2011. Unsigned Ballots will not be counted.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or interest or an admission by the Debtors of the validity of a claim or interest.

---

**HOW TO VOTE** (FOR FURTHER DETAIL, SEE ENCLOSED VOTING INSTRUCTIONS)

ITEM 1 SETS OUT THE AMOUNT AND CLASSIFICATION OF YOUR CLAIM FOR VOTING PURPOSES.

COMPLETE ITEM 2. ANY BALLOT THAT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN WILL NOT BE COUNTED.

CHECK THE BOX IN ITEM 3 IF YOU ELECT NOT TO GRANT THE THIRD PARTY RELEASES CONTAINED IN SECTION 9.7 OF THE PLAN. **IF YOU SUBMIT YOUR BALLOT WITHOUT ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE THIRD PARTY RELEASES SET FORTH IN SECTION 9.7 OF THE PLAN TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.**

REVIEW THE CERTIFICATIONS IN ITEM 4.

SIGN THE BALLOT. ONLY EXECUTED BALLOTS WILL BE COUNTED.

RETURN THE BALLOT IN THE PRE-ADDRESSED, POSTAGE-PAID ENVELOPE. THE BALLOT MUST BE ACTUALLY RECEIVED BY THE BALLOTING AGENT BY APRIL 21, 2011 AT 5:00 P.M. (PT). LATE BALLOTS WILL NOT BE COUNTED.

---

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF ANY ENCLOSED MATERIALS, PLEASE CONTACT _____, PH: _____. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE, TELECOPY TRANSMISSION OR ELECTRONIC MAIL.**

# BALLOT

**Item 1: Voting Classification and Amount.** As of the record date of March 18, 2010, the undersigned is a holder of a Class 7 – Senior Note Claims (as defined in the Plan) against the Debtors in the amount set forth above for voting purposes.

**Item 2: Vote.** The undersigned votes the above-listed Class 7 Claim to (check one box):

☐ Accept the Plan            ☐ Reject the Plan

**Item 3: Optional Release Election.** Check this box if you elect not to grant the releases contained in section 9.7 of the Plan. Election to withhold consent is at your option. If you submit this ballot without the box checked, you will be deemed to consent to the releases contained in section 9.7 of the Plan to the fullest extent permitted by applicable law.

☐ The undersigned elects not to grant the releases contained in section 9.7 of the Plan.

**Item 4: Acknowledgments and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Disclosure Statement, including all exhibits thereto. The undersigned certifies that (i) it is the holder of the claim identified on this Ballot and (ii) it has full power and authority to vote to accept or rejection the Plan.

Name of Creditor: _____
(Print or Type)

By: _____
(Signature of Creditor or Authorized Agent)

Print Name of Signatory: _____

Title: _____
(If Applicable)

Street Address: _____
(City, State and Zip Code)

Telephone Number: _____

Social Security or Federal Tax I.D. No. _____

Date Completed: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re

JAVO BEVERAGE COMPANY, INC.,

Debtor.[1]

---

: Chapter 11
:
: Case No. 11-10212 (BLS)
:
:
:
:
:

---

## BALLOT FOR ACCEPTING OR REJECTING THE DEBTOR'S
## CHAPTER 11 PLAN OF REORGANIZATION

---

### CLASS 8 – Subordinated Note Claims

This is a ballot to vote to accept or reject the Plan of Reorganization of Javo Beverage Company, Inc. (the "Plan").[2] If you have more than one claim entitled to vote, you will receive additional ballot(s) on which to cast your vote. If you have more than one claim in the same Class, you must vote all claims within that Class the same way.

> PLEASE READ THIS ENTIRE BALLOT BEFORE COMPLETING. PLEASE COMPLETE, DATE, AND SIGN THIS BALLOT AND RETURN IT IN THE ENCLOSED PREADDRESSED, POSTAGE PREPAID ENVELOPE. THIS BALLOT **MUST BE ACTUALLY RECEIVED** BY JAVO BEVERAGE CO. CLAIMS PROCESSING CENTER, C/O KURTZMAN CARSON CONSULTANTS LLC, 2335 ALASKA AVE., EL SEGUNDO, CA 90245 (THE "**BALLOTING AGENT**"), ON OR BEFORE **APRIL 21 AT 5:00 P.M., PREVAILING PACIFIC TIME.**

### PLEASE READ THE FOLLOWING AND THE ENCLOSED VOTING INSTRUCTIONS
### BEFORE COMPLETING YOUR BALLOT

This Ballot is submitted to you to solicit your vote to accept the Plan, which is described in the disclosure statement in support of the Plan, dated February 9, 2011 (the "Disclosure Statement"). A copy of the Plan is attached as **Exhibit A** to the Disclosure Statement. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement on _____, 2011. The Disclosure Statement provides information to assist you in deciding whether to accept or reject the Plan. A copy of the Disclosure Statement is included with this Ballot.

Please complete, sign and date this Ballot and return it to the Balloting Agent, Javo Beverage Co. Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Ave., El Segundo, CA 90245 in the enclosed preaddressed, postage prepaid envelope. **If your Ballot is not ACTUALLY RECEIVED by 5:00 p.m., prevailing Pacific time, on April 21, 2011 it will not be counted. The Balloting Agent will not accept Ballots by facsimile, e-mail, or other electronic transmission.**

---

[1] The last four digits of the Debtor's federal tax identification number are 4292. The Debtor's mailing address and corporate headquarters is 1311 Specialty Drive, Vista, California 92081.

[2] Capitalized terms not otherwise defined are defined in the Plan.

**By signing this Ballot, you make the following certifications:**

- "I have received or obtained a copy of the Disclosure Statement and the exhibits thereto, including the Plan."

- "I understand that, if this Ballot is validly executed and returned without checking a box to ACCEPT or REJECT, this Ballot will not be counted."

- "I have the full power and authority to vote to accept or reject the Plan on behalf of the claimant listed herein."

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the allowed claims in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan provides fair and equitable treatment to, and does not discriminate unfairly against, the class or classes rejecting it and otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. **To have your vote count you must complete and return this Ballot so that it is actually received by the Balloting Agent by 5:00 p.m., prevailing Pacific time on or before April 21, 2011. Unsigned Ballots will not be counted.**

This Ballot is for voting purposes only and does not constitute and shall not be deemed a proof of claim or interest or an admission by the Debtors of the validity of a claim or interest.

---

**HOW TO VOTE** (FOR FURTHER DETAIL, SEE ENCLOSED VOTING INSTRUCTIONS)

ITEM 1 SETS OUT THE AMOUNT AND CLASSIFICATION OF YOUR CLAIM FOR VOTING PURPOSES.

COMPLETE ITEM 2. ANY BALLOT THAT DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN WILL NOT BE COUNTED.

ITEM 3 ALLOWS YOU TO MAKE AN ELECTION, PURSUANT TO SECTION 4.8 OF THE PLAN, TO RECEIVE A CASH PAYMENT IN LIEU OF NEW COMMON STOCK IN THE REORGANIZED DEBTOR. CHECK THIS BOX IF YOU WOULD LIKE TO RECEIVE A CASH PAYMENT (THE "NOTE CASH PAYMENT") IN LIEU OF NEW COMMON STOCK. **PLEASE NOTE THAT IF YOU MAKE THE NOTE CASH PAYMENT ELECTION, YOU CANNOT OPT OUT OF THE THIRD PARTY RELEASES IN SECTION 9.7 OF THE PLAN.**

CHECK THE BOX IN ITEM 4 IF YOU ELECT NOT TO GRANT THE THIRD PARTY RELEASES CONTAINED IN SECTION 9.7 OF THE PLAN. IF YOU SUBMIT YOUR BALLOT WITHOUT ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE THIRD PARTY RELEASES SET FORTH IN SECTION 9.7 OF THE PLAN TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

REVIEW THE CERTIFICATIONS IN ITEM 5.

SIGN THE BALLOT. ONLY EXECUTED BALLOTS WILL BE COUNTED.

RETURN THE BALLOT IN THE PRE-ADDRESSED, POSTAGE-PAID ENVELOPE. THE BALLOT MUST BE ACTUALLY RECEIVED BY THE BALLOTING AGENT BY APRIL 21, 2011 AT 5:00 P.M. (PT). LATE BALLOTS WILL NOT BE COUNTED.

---

**IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF ANY ENCLOSED MATERIALS, PLEASE CONTACT _____, PH: _____. THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS BY FACSIMILE, TELECOPY TRANSMISSION OR ELECTRONIC MAIL.**

# BALLOT

**Item 1: Voting Classification and Amount.** As of the record date of March 18, 2010, the undersigned is a holder of a Class 8 – Subordinated Notes Claims (as defined in the Plan) against the Debtors in the amount set forth above for voting purposes.

**Item 2: Vote.** The undersigned votes the above-listed Class 8 Claim to (check one box):

☐ Accept the Plan    ☐ Reject the Plan

**Item 3: Optional Note Cash Payment Election.** Pursuant to section 4.8 of the Plan, the default treatment of claims in Class 8 – Subordinated Notes Claims for holders is a distribution of their pro rata share of New Common Stock of the Reorganized Debtor. However, such holders may also elect to receive a pro rata cash payment (the "Note Cash Payment") in lieu of New Common Stock of the Reorganized Debtor. If you wish to elect to receive the Note Cash Payment in lie of New Common Stock of the Reorganized Debtor, check the box in this Item 3. **Please note that if you elect to receive the Note Cash Payment in lieu of New Common Stock, you cannot opt out of the Third Party Releases described in Item 4 below. In the event you make inconsistent elections on this ballot by choosing both Item 3 and Item 4, you will be deemed to have elected to receive the Note Cash Payment and to have consented to the Third Party Releases in section 9.7 of the Plan.**

☐ The undersigned elects to receive the Note Cash Payment in lieu of New Common Stock in the Reorganized Debtor. By making this election, the undersigned consents to the Third Party Releases in section 9.7 of the Plan.

**Item 4: Optional Release Election.** Check this box if you elect not to grant the releases contained in section 9.7 of the Plan. Election to withhold consent is at your option. If you submit this ballot without the box checked, you will be deemed to consent to the releases contained in section 9.7 of the Plan to the fullest extent permitted by applicable law.

☐ The undersigned elects not to grant the releases contained in section 9.7 of the Plan.

**Item 5: Acknowledgments and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Disclosure Statement, including all exhibits thereto. The undersigned certifies that (i) it is the holder of the claim identified on this Ballot and (ii) it has full power and authority to vote to accept or rejection the Plan.

Name of Creditor: _____
                            (Print or Type)

By:_____
                (Signature of Creditor or Authorized Agent)

Print Name of Signatory:_____

Title:_____
              (If Applicable)

Street Address:_____
                   (City, State and Zip Code)

Telephone Number:_____

Social Security or Federal Tax I.D. No._____

Date Completed:_____